# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

Case No.: 18-03406-5-DMW

Case Name: BAXLEY, BRANDON SCOTT

For Period Ending: 09/30/2022

Trustee Name: (530410) Holmes P. Harden

Date Filed (f) or Converted (c): 07/08/2018 (f)

§ 341(a) Meeting Date: 08/15/2018

Claims Bar Date: 06/23/2022

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Household Goods | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 2 | Electronics | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 3 | Clothing | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 4 | Cash | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 5 | IRA: SunTrust Investment Services, Inc. | 8,000.00 | 0.00 | | 0.00 | FA | 0.00 | 8,000.00 |
| 6* | OTHER AMOUNTS (u) (See Footnote) | 3,675.00 | 3,675.00 | | 3,675.00 | FA | 0.00 | 0.00 |
| 6 | Assets Totals (Excluding unknown values) | $12,575.00 | $3,675.00 | | $3,675.00 | $0.00 | $0.00 | $8,900.00 |

RE PROP# 6    Funds received from Brandon Baxley via wire from Travis Sasser, attorney

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Trustee is waiting to receive a distribution on his claim in the Baxley Leasing bankruptcy. Claims need to be reviewed. Tax returns need to be filed.

Initial Projected Date Of Final Report (TFR): 06/28/2019

Current Projected Date Of Final Report (TFR): 06/30/2023

11/04/2022
_____
Date

/s/Holmes P. Harden
_____
Holmes P. Harden

Copy Served On: Brian Behr
                        Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | |
|---|---|
| Case No.: | 18-03406-5-DMW |
| Case Name: | BAXLEY, BRANDON SCOTT |
| Taxpayer ID #: | **-***4992 |
| For Period Ending: | 09/30/2022 |

| | |
|---|---|
| Trustee Name: | Holmes P. Harden (530410) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5794 Checking |
| Blanket Bond (per case limit): | $200,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/25/22 | {6} | Holmes P. Harden | Wire from Travis Sasser Attorney on behalf of Brandon Baxley - payment pursuant to Order Allowing compensation and Reimbursement of Expenses filed 05/19/2022 (Doc 374) | 1290-000 | 3,675.00 | | 3,675.00 |
| 05/25/22 | | Metropolitan Commercial Bank | Wire transfer fee | 2600-000 | | -10.00 | 3,685.00 |
| 05/25/22 | | Metropolitan Commercial Bank | Wire transfer reversal fee | 1290-000 | -10.00 | | 3,675.00 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,670.00 |
| 06/01/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -5.00 | 3,675.00 |
| 06/02/22 | 101 | Holmes P. Harden | Payment of Attorney for Trustee fees & expenses pursuant to Order Allowing Compensation and Reimbursement of Expenses filed 05/19/2022 (Doc 374) Voided on 06/02/2022 | 3120-004 | | 3,670.00 | 5.00 |
| 06/02/22 | 101 | Holmes P. Harden | Payment of Attorney for Trustee fees & expenses pursuant to Order Allowing Compensation and Reimbursement of Expenses filed 05/19/2022 (Doc 374) Voided: check issued on 06/02/2022 | 3120-004 | | -3,670.00 | 3,675.00 |
| 06/02/22 | 102 | Holmes P. Harden | Payment of Attorney for Trustee fees & expenses pursuant to Order Allowing Compensation and Reimbursement of Expenses filed 05/19/2022 (Doc 374) | 3120-000 | | 3,675.00 | 0.00 |

| | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 3,665.00 | 3,665.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 3,665.00 | 3,665.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,665.00 | $3,665.00 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page:   2-2

| | |
|---|---|
| Case No.: | 18-03406-5-DMW |
| Case Name: | BAXLEY, BRANDON SCOTT |
| Taxpayer ID #: | **-***4992 |
| For Period Ending: 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | Holmes P. Harden (530410) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5794 Checking |
| Blanket Bond (per case limit): $200,000.00 | |
| Separate Bond (if applicable): N/A | |

| | |
|---|---|
| Net Receipts: | $3,665.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,665.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5794 Checking | $3,665.00 | $3,665.00 | $0.00 |
| | $3,665.00 | $3,665.00 | $0.00 |

11/04/2022
Date

/s/Holmes P. Harden

Holmes P. Harden