## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 18-03406-5-DMW | Trustee Name: | (530410) Holmes P. Harden |
|---|---|---|---|
| Case Name: | BRANDON SCOTT BAXLEY | Date Filed (f) or Converted (c): | 07/08/2018 (f) |
| | | § 341(a) Meeting Date: | 08/15/2018 |
| For Period Ending: | 06/30/2025 | Claims Bar Date: | 06/23/2022 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Household Goods | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 2 | Electronics | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 3 | Clothing | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 4 | Cash | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 5 | IRA: SunTrust Investment Services, Inc. | 8,000.00 | 0.00 | | 0.00 | FA | 0.00 | 8,000.00 |
| 6* | OTHER AMOUNTS (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | CLAIMS AGAINST THIRD PARTIES (u) Order Finding Contempt and Awarding Sanctions in the amount of $18,134.20 filed 12/7/2021 (Doc 101) in the AP Case No. 20-00037, Harden v. Baxley Corp. | 0.00 | 0.00 | | 0.00 | 18,134.20 | 0.00 | 0.00 |
| 8 | CLAIMS AGAINST THIRD PARTIES (u) Consent Order Resolving Trustee's Motion for Order Directing Brandon Baxley and Rudolph Baxley to Show Cause ordering Rudolph Baxley to pay Debtor's estate $2,442.00 filed 2/23/2022 (Doc 338). | 0.00 | 0.00 | | 0.00 | 2,442.00 | 0.00 | 0.00 |
| 9 | CLAIMS AGAINST THIRD PARTIES (u) Payment pursuant to Consent Order in Related case #22-00397 (Doc 462) filed on 11/6/2023. | 0.00 | 0.00 | | 0.00 | 23,716.00 | 0.00 | 0.00 |
| 10 | CLAIMS AGAINST THIRD PARTIES (u) Interim Distribution payment (partial) of Claim #14 in Related Case #22-00397 pursuant to Order Granting Trustee Authority to Make Interim Distribution in Payment of Claims (Doc 465) filed 12/4/2023. Second Interim Distribution payment (partial) of Claim #14 in Related Case #22-00397 pursuant to Order Granting Authority to Make Second Interim Distribution in Payment of Claims (Doc 494) filed 11/26/2024. | 0.00 | 0.00 | | 0.00 | 62,049.18 | 0.00 | 0.00 |
| **10** | **Assets Totals (Excluding unknown values)** | **$8,900.00** | **$0.00** | | **$0.00** | **$106,341.38** | **$0.00** | **$8,900.00** |

RE PROP# 6    Funds received from Brandon Baxley via wire from Travis Sasser, attorney

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Trustee is still waiting to receive a final distribution on his claim in the Baxley Leasing bankruptcy. Trustee expects to receive a final distribution from the Baxley Leasing case in August. Trustee will be in a position to file final tax returns at that time so Trustee hopes to close the case in October.

**Initial Projected Date Of Final Report (TFR):** 06/28/2019    **Current Projected Date Of Final Report (TFR):** 11/30/2025

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 18-03406-5-DMW  
**Case Name:** BRANDON SCOTT BAXLEY

**For Period Ending:** 06/30/2025

**Trustee Name:** (530410) Holmes P. Harden  
**Date Filed (f) or Converted (c):** 07/08/2018 (f)  
**§ 341(a) Meeting Date:** 08/15/2018  
**Claims Bar Date:** 06/23/2022

07/30/2025  
Date

/s/Holmes P. Harden  
Holmes P. Harden

Copy Served On: Brian Behr  
Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 18-03406-5-DMW | **Trustee Name:** | Holmes P. Harden (530410) | |
| **Case Name:** | BRANDON SCOTT BAXLEY | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4992 | **Account #:** | ******5794 Checking | |
| **For Period Ending:** | 06/30/2025 | **Blanket Bond (per case limit):** | $200,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*                                                                                                   *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 18-03406-5-DMW | **Trustee Name:** | Holmes P. Harden (530410) | |
| **Case Name:** | BRANDON SCOTT BAXLEY | **Bank Name:** | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***4992 | **Account #:** | ******9372 Checking | |
| **For Period Ending:** | 06/30/2025 | **Blanket Bond (per case limit):** | $200,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 147.67 | 86,224.81 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 138.19 | 86,086.62 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 133.37 | 85,953.25 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 419.23 | $85,953.25 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 419.23 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$419.23** | |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case No.:** 18-03406-5-DMW | **Trustee Name:** Holmes P. Harden (530410) |
| **Case Name:** BRANDON SCOTT BAXLEY | **Bank Name:** TriState Capital Bank |
| **Taxpayer ID #:** **-***4992 | **Account #:** ******9372 Checking |
| **For Period Ending:** 06/30/2025 | **Blanket Bond (per case limit):** $200,000.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---|---|
| Net Receipts: | $0.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5794 Checking | $0.00 | $0.00 | $0.00 |
| ******9372 Checking | $0.00 | $419.23 | $85,953.25 |
| | **$0.00** | **$419.23** | **$85,953.25** |

07/30/2025
Date

/s/Holmes P. Harden
Holmes P. Harden